UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 27, 2019

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD B. WILSON,

Defendant.

Case No.   2:18-po-00262-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RICHARD B. WILSON ,

Case No.  2:18-po-00262-CKD  Charge 38 CFR 1.218(b)(18) , from custody for the

following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   X    (Other): TIME SERVED

Issued at Sacramento, California on June 27, 2019 at  2:21 pm .

By:  _____

Magistrate Judge Carolyn K. Delaney